COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Xochytl Greer v. Wesley Michael Melcher

Appellate case number:   01-19-00287-CV

Trial court case number:  2017-41808

Trial court:                     245th District Court of Harris County

Sallee S. Smyth of Sallee S. Smyth, Attorney at Law PLLC, has filed an unopposed motion to withdraw as counsel for appellee, Wesley Michael Melcher. *See* TEX. R. APP. P. 6.5(a), (b). The motion is **granted**.

Sallee S. Smyth is directed to immediately notify appellee "of any deadlines or settings that [she] knows about at the time of the withdrawal but that were not previously disclosed to [appellee]" and to file a copy of the notice provided to appellee with the Clerk of this Court. *See id.* 6.5(c).

The Clerk of this Court is directed to note the withdrawal of Sallee S. Smyth of Sallee S. Smyth, Attorney at Law PLLC as counsel for appellee on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 6, 2020